MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MICHELLE A. PAVELEK, CSBN No. 300642
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4862
    Facsimile: (415) 744-0134
    Email: Michelle.A.Pavelek@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNA MARIE BERMODES,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:25-cv-00153-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended forty-five (45) days from May 8, 2025, up to and including June 22, 2025. This is the Defendant's first extension request.

    Pursuant to the agency's recent deferred resignation/retirement program, the undersigned counsel, Michelle A. Pavelek, will be placed an administrative leave as of Monday, May 5, 2025. Consequently, all of the undersigned counsel's cases, including this one, must be reassigned to alternative counsel. Defendant requests this extension not only to ensure a smooth transition as many cases are being reassigned, but also to provide new counsel time to review the record; evaluate the issues raised in Plaintiff's brief; determine whether options exist for settlement; and

if not, to prepare Defendant's response to Plaintiff's motion. Although the request is for 45 days, Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

DUARTE, URSTOEGER & RUBLE, LLP

Dated: May 2, 2025

/s/ *Jeffrey R. Duarte**
(*as authorized via e-mail)
JEFFREY R. DUARTE
Attorney for Plaintiff

Dated: May 2, 2025

MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By: /s/ *Michelle A. Pavelek*
MICHELLE A. PAVELEK
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including June 23, 2025 to respond to Plaintiff's Brief and Plaintiff's optional reply brief will be extended to July 7, 2025.

Dated: May 2, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE