MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WASBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4801
      E-Mail: David.Priddy@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNA MARIE BERMODES,<br>    Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | CIVIL NO. 2:25-cv-00153-CKD<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Commissioner will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

    This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: June 16, 2025

/s/ Francesco P. Benavides*
FRANCESCO P. BENAVIDES
Attorney for Plaintiff
*Authorized via e-mail on June 16, 2025

MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:   /s/ David Priddy
DAVID PRIDDY
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: June 18, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE